# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN MATTHIAS WATSON, III,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 74430

FILED

JAN 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus seeking an order directing an earlier hearing on a postconviction petition for a writ of habeas corpus. We decline to exercise original jurisdiction in this matter. *See* NRS 34.160. Petitioner is represented by counsel in the postconviction proceedings and should proceed by and through his appointed counsel. Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Eric Johnson, District Judge
John Matthias Watson, III
Jamie J. Resch, Esq.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

18-01366